138376

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100

PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1632 DSD/JMM

Case Title: Aeikens, et al. v. Hartford Insurance Company of the Midwest, et al.

**Affidavit of Movant**

I, Thomas H. Boyd, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jennifer J. Coleman, an attorney admitted to practice in the Western District of Missouri and District of Kansas, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Hartford Insurance Company of the Midwest, et al. et al. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 200517 | 9/12/01 |

**Affidavit of Proposed Admittee**

I, Jennifer J. Coleman, am currently a member in good standing of the U.S. District Court for the Western District of Missouri and District of Kansas, but not admitted to the bar of this court. I understanding that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Jennifer J. Coleman | x [signature] | 9/17/01 |

Attorney License Number: KS #20111; MO #20052426

Law Firm Name & Address: Morrison & Hecker
2600 Grand Avenue
Kansas City, MO 64108-4606

Telephone: 816-691-2600

Motion Granted: [signature] llj
For the Court: Richard D. Sletten, Clerk

Date: SEP 18 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

idmsstp:636761_1

138376

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100

PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1632 DSD/JMM

Case Title: Aeikens, et al. v. Hartford Insurance Company of the Midwest, et al.

**Affidavit of Movant**

I, Thomas H. Boyd, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Steven J. Boyd, an attorney admitted to practice in the Western District of Missouri, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Hartford Insurance Company of the Midwest, et al. et al. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 200517 | 9/12/01 |

**Affidavit of Proposed Admittee**

I, Steven J. Boyd, am currently a member in good standing of the U.S. District Court for the Western District of Missouri, but not admitted to the bar of this court. I understanding that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Steven J. Boyd | x [signature] | 9/17/01 |

Attorney License Number: MO #37597

Law Firm Name & Address: Morrison & Hecker
2600 Grand Avenue
Kansas City, MO 64108-4606

Telephone: 816-691-2600

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

Date: SEP 1 [illegible] 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

idmsstp:636761_1

138376

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100

PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1632 DSD/JMM

Case Title: Aeikens, et al. v. Hartford Insurance Company of the Midwest, et al.

**Affidavit of Movant**

I, Thomas H. Boyd, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice P. John Owen, an attorney admitted to practice in the Western District of Missouri and District of Kansas, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Hartford Insurance Company of the Midwest, et al. et al. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 200517 | 9/12/01 |

**Affidavit of Proposed Admittee**

I, P. John Owen, am currently a member in good standing of the U.S. District Court for the Western District of Missouri and District of Kansas, but not admitted to the bar of this court. I understanding that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| P. John Owen | X P. John Owen | 9/17/01 |

Attorney License Number: KS #11835; MO #22523

Law Firm Name & Address: Morrison & Hecker
2600 Grand Avenue
Kansas City, MO 64108-4606

Telephone: 816-691-2600

Motion Granted: [signature] Richard D. Sletten

For the Court: Richard D. Sletten, Clerk

Date: SEP 18 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

idmsstp:636761_1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500