**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
Gary Aeikens, et al. v. Hartford Insurance Company of the Midwest
01-CV-1632 (DSD/SRN)

I hereby certify that on the 21st day of December**, 2004**, I caused the following documents:

1. Stipulation of Dismissal With Prejudice

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| George G. Eck | Eck.george@dorsey.com | Counsel for Plaintiffs |
| Daniel J. Brown | Brown.Daniel@dorsey.com | Counsel for Plaintiffs |
| Fredrich A.P. Siekert | Fred.siekert@usdoj.gov | |

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

Dated: December 21, 2004

By: s/Thomas H. Boyd
Thomas H. Boyd, #0200517
Matthew D. Spohn, #0313567
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
tboyd@winthrop.com
mspohn@winthrop.com

2167757v1