WINTHROP & WEINSTINE

ATTORNEYS AND COUNSELORS AT LAW

December 21, 2004

Thomas H. Boyd
Direct Dial: (612) 604-6505
Direct Fax: (612) 604-6805
tboyd@winthrop.com

**HAND DELIVERED**
Mr. Richard D. Sletten
Clerk of Court
United States District Court
District of Minnesota
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RECEIVED
DEC 21 2004
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Re: Gary Aeikens, et al. v. Hartford Insurance Company of the Midwest
Court File No.: 01-CV-1632 DSD/JMM

Dear Mr. Sletten:

Earlier today we filed a Stipulation for Dismissal with Prejudice ("Stipulation") executed by counsel for Plaintiffs and Defendants in the above-referenced matter. I am writing separately to clarify the fact that, while this Stipulation reflects the resolution and dismissal of the claims raised in Plaintiffs' Complaint, the Stipulation does not constitute the dismissal of the Third-Party Complaint asserted by Defendants against the Federal Crop Insurance Corporation which, as reflected in the Stipulation, has been expressly reserved and will be pursued in connection with these proceedings. These third-party proceedings have been stayed pursuant to Court order pending resolution of the matters raised in Plaintiffs' Complaint. The parties to these third-party proceedings will be approaching the Court to formally request the lifting of the stay in the very near future. If you have any questions concerning the scope of the Stipulation, please do not hesitate to contact me.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

Thomas H. Boyd

THB:ehm

cc: P. John Owen, Esq.
George G. Eck, Esq.
Fredrich A.P. Siekert, Esq.

2165961v1

SCANNED
U.S. DISTRICT COURT